UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>    Plaintiff,<br><br>  v.<br><br>Mike Patel, and Does 1-10,<br><br>    Defendants. | No. 2:14-cv-02052-GEB-DAD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE** |

The Status (Pretrial Scheduling) Conference scheduled for hearing on November 24, 2014, is continued to February 9, 2015 at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendant Mike Patel with process within the 120 day period prescribed in that Rule may result in the unserved defendant and/or this action being dismissed. To avoid dismissal, on or before January 5, 2015, Plaintiff shall file proof of service for the defendant or a sufficient explanation why service was not completed within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated: November 20, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge