UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-2052 GEB DAD |
| Plaintiff, | |
| v. | ORDER |
| MIKE PATEL, | |
| Defendant. | |

This matter was referred to the undersigned pursuant to Local Rule 302(c)(21) on February 2, 2015, because defendant Mike Patel was proceeding pro se. (Dkt. No. 12.) However, on March 9, 2015, attorney Michael Welch appeared as counsel for defendant Patel in this action. (Dkt. No. 14.)

Because the defendant is no longer proceeding pro se, Local Rule 302(c)(21) no longer applies. Accordingly, the case will be referred back to the assigned District Judge. Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action. The assigned Magistrate Judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action pursuant to Local Rule 302(c)(21); and

2. All dates pending before the undersigned are vacated.

Dated:  April 7, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1
2   DAD:6
    Ddad1\orders.pro se\johnson2052.refer.back.docx
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28