UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-02052-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| MIKE PATEL, et al., | |
| Defendants. | |

On January 12, 2016, the court directed the parties to meet and confer to discuss settlement of this action. On March 14, 2016, the parties filed a joint status report informing the court they had exhausted their efforts to resolve this matter. On March 23, 2016, the court lifted the stay and set a Status Conference.

With private efforts having proved unsuccessful, the court sends this case to a court convened settlement conference before a magistrate judge of this court. Magistrate Judge Edmund F. Brennan has been randomly selected. A settlement conference is scheduled before Judge Brennan for September 1, 2016 at 10:00 a.m. in Courtroom No. 8, 13th Floor.

The parties are directed to submit confidential settlement conference statements via e-mail (efborders@caed.uscourts.gov) to chambers seven (7) days prior to the settlement conference. Such statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall e-file a one page document entitled Notice of Submission of Confidential

1  Settlement Conference Statement.  The parties may agree, or not, to serve each other with the
2  settlement statements.  Each party is reminded of the requirement that it be represented in person
3  at the settlement conference by a person able to dispose of the case or fully authorized to settle
4  the matter at the settlement conference on any terms.  *See* Local Rule 270.
5      If the parties are unable to settle this case before the magistrate judge, they shall file a
6  joint status report within fifteen days after the settlement conference.
7      The Status Conference set for May 12, 2016 before Judge Mueller is vacated and will be
8  reset as needed.
9  DATED:  May 2, 2016

_____
UNITED STATES DISTRICT JUDGE