UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>             Plaintiff,<br><br>     v.<br><br>MIKE PATEL, et al.,<br><br>             Defendants. | No. 2:14-cv-2052-KJM-DB<br><br><br>ORDER TO SHOW CAUSE RE: SANCTIONS |

By an order filed May 3, 2016, the district judge referred the above-entitled action to the undersigned to conduct a settlement conference on September 1, 2016. That order directed the parties to submit confidential settlement conference statements via e-mail to chambers seven (7) days prior to the settlement conference. To date, neither party has timely submitted a settlement conference statement nor informed the court that the case has settled and requested that the settlement conference be vacated.

Accordingly, it is hereby ORDERED that counsel for the parties shall SHOW CAUSE in writing within seven (7) days why they should not be sanctioned for their failure to comply with the district judge's May 3, 2016 order. The Settlement Conference currently set for September 1, 2016, is vacated and will be reset, as appropriate, after receipt of the parties' responses.

DATED: August 29, 2016.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE