1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SCOTT JOHNSON,                              No. 2:14-cv-02052-KJM-DB

12                 Plaintiff,

13         v.                                     ORDER

14    MIKE PATEL, et al.,

15                 Defendants.

16

17

18         On February 27, 2017, the magistrate judge vacated the settlement conference and

19    referred this matter back to the undersigned for further direction in light of defense counsel's

20    failure to comply with court orders.  ECF No. 34.  The magistrate judge vacated the settlement

21    conference after defense counsel, for the second time, failed to timely submit settlement

22    conference statements.  *See* ECF Nos. 30–32, 34.

23         IT IS THEREFORE ORDERED that within fourteen days of the date of this order,

24    defendant SHOW CAUSE why the court should not strike defendants' answer and enter default

25    against defendant for failure to prosecute.

26    DATED:  April 6, 2017

27    _____
                                          UNITED STATES DISTRICT JUDGE
28

                                              1