UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>MIKE PATEL,<br><br>        Defendant. | No. 2:14-cv-2052 KJM DB<br><br><br>ORDER |

On January 2, 2018, the court set a Status Conference for February 12, 2018, with the filing of a joint status report due seven days prior. ECF No. 49. On February 8, 2018, plaintiff's counsel filed its status report, ECF No. 50, with no filing by defendant's counsel. To date, the court has received no update from defendant's counsel.

Accordingly, the court hereby ORDERS Michael D. Welch, defendant's counsel, to SHOW CAUSE within seven (7) days why he should not be sanctioned in the amount of $250 for failing to comply with the court's January 2, 2018 order.

IT IS SO ORDERED.

DATED: February 27, 2018.

_____
UNITED STATES DISTRICT JUDGE