UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>MIKE PATEL, et al.,<br><br>        Defendants. | No. 2:14-cv-02052-KJM-DB<br><br>ORDER |

        Defense counsel Michael D. Welch has not responded to this court's February 27, 2018 order to show cause why he should not be sanctioned in the amount of $250. *See* ECF No. 52. The court ordered Mr. Welch to show cause because he did not submit any required filing for the court's Status Conference scheduled for February 15, 2018. *See* ECF Nos. 49-50, 52 at 1. Plaintiff's counsel represented in their filing for that scheduled status conference that they sent the report at ECF No. 50 "to opposing counsel," but it "was not returned." ECF No. 50 at 1.

        This is not the court's first order to show cause for Mr. Welch in this case. *See e.g.*, ECF No. 44 (order to show cause for failure to respond to court order instructing filing of a supplemental brief). In fact, Mr. Welch was sanctioned in the amount of $250 for failing to respond to an order to show cause. ECF No. 45. Mr. Welch did not comply with that sanction within the stated deadline, resulting in an order to show cause within seven days why the court

1

should not suspend his privilege to practice in the Eastern District of California until Mr. Welch submitted payment. ECF No. 47. Only then did Mr. Welch pay the sanction, 16 days later. The court then discharged its order to show cause why the court should not suspend Mr. Welch's privilege to practice in the Eastern District of California.

Here, because Mr. Welch has not responded to the court's most recent order to show cause within the stated deadline, the court again SANCTIONS Mr. Welch in the amount of $250, payable to the Clerk of the Court within fourteen (14) days of this order.

IT IS SO ORDERED.

DATED: April 4, 2018.

UNITED STATES DISTRICT JUDGE