UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>MIKE PATEL,<br><br>            Defendants. | Case No. 2:14-cv-02052-KJM-DB<br><br><br><u>ORDER</u> |

As described in the court's October 10, 2018 order, ECF No. 56, defense counsel Michael D. Welch has twice failed to respond to the court's order to show cause for failure to comply with a court order, then twice failed to pay sanctions as ordered, then twice belatedly paid sanctions without providing a substantive response to the court's orders to show cause why his privilege to practice in this court should not be suspended. *See* ECF Nos. 44, 45, 47, 48, 52, 54, 55. In discharging its most recent order to show cause, the court advised Welch it would increase sanctions by $250 each time his noncompliance with court orders requires the court to issue an order to show cause. ECF No. 56 at 2. The court also set a December 13, 2018 status conference. *Id.*

Welch did not appear at the December 13, 2018 status conference and provided no explanation for his absence. ECF No. 58 (Dec. 13, 2018 hr'g mins.). This court, one of the busiest is the nation, has now spent considerable time and resources addressing Welch's noncompliance with its orders, and to no avail. As Welch has been advised, the court has the

1

inherent power to address counsel's bad faith, including the power to issue sanctions and suspensions. *See* ECF No. 56 at 2-3. Mr. Welch's repeated and flagrant noncompliance with the court's orders amply supports a finding of bad faith. *See, e.g.*, *Peabody v. Maud Van Cortland Hill Schroll Tr.*, 892 F.2d 772, 777 (9th Cir. 1989).

Accordingly, Mr. Welch is ORDERED to SHOW CAUSE within seven (7) days why, in light of his repeated noncompliance with court orders, he should not be sanctioned $500 and have his privilege to practice in the Eastern District of California suspended until he has completed 20 hours of continuing legal education in ethics, with his sanction reported to the California State Bar.

IT IS SO ORDERED.

DATED: February 4, 2019.

_____
UNITED STATES DISTRICT JUDGE