UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>MIKE PATEL,<br><br>    Defendant. | Case No. 2:14-cv-02052-KJM-DB<br><br><br>ORDER |

The court ORDERS plaintiff to show cause within seven (7) days why he should not be sanctioned $250 for having taken no action to advance this case following his December 28, 2018 status report indicating he would move to strike defendant's answer and move for entry of default judgment in "the first week of January 2019." *See* ECF No. 59.

IT IS SO ORDERED.

DATED: February 4, 2019.

_____
UNITED STATES DISTRICT JUDGE