# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 2:14-cv-02052-KJM-DB |
| Plaintiff, | |
| v. | ORDER |
| MIKE PATEL, | |
| Defendants. | |

On February 12, 2019, plaintiff responded to the court's order to show cause why he should not be sanctioned $250 for having taken no action to advance this case. ECF No. 61 (order to show cause); ECF No. 64 (plaintiff response). Plaintiff also filed a motion to strike. ECF No. 63. The court DISCHARGES its order to show cause as to plaintiff.

IT IS SO ORDERED.

DATED: March 15, 2019.

_____
UNITED STATES DISTRICT JUDGE

1