1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT JOHNSON,                         No.  2:14-cv-2052 KJM DB PS

12                    Plaintiff,

13          v.

14   MIKE PATEL,                            ORDER

15                    Defendant.

16

17          Plaintiff Scott Johnson is proceeding through counsel.  On June 13, 2019, defendant's

18   attorney was permitted to withdraw and this case was reassigned to the undersigned pursuant to

19   Local Rule 302(c)(21).  (ECF No. 72.)

20          Accordingly, IT IS ORDERED that:

21          1.  A Status (Pretrial Scheduling) Conference is set for **Friday, September 27, 2019, at**

22   **10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom

23   No. 27 before the undersigned;

24          2.  Both parties are required to appear at the Status Conference, either by counsel or, if

25   proceeding in propria persona, on his own behalf.  Any party may appear at the status conference

26   telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom

27   deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the

28   Status (Pretrial Scheduling) Conference; a party may not appear telephonically over a cellphone.

3.  Plaintiff shall file and serve a status report on or before **September 13, 2019**, and defendant shall file and serve a status report on or before **September 20, 2019.**  Each party's status report shall address all of the following matters:

     a.     Possible joinder of additional parties;

     b.     Possible amendment of the pleadings;

     c.     Anticipated motions and the scheduling thereof;

     d.     Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

     e.     Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

     f.     Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

     g.     Whether the case is related to any other case, including matters in bankruptcy;

     h.     Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of her so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

     i.     Any other matters that may aid in the just and expeditious disposition of this action.

4.  The parties are cautioned that failure to file a status report or failure to appear at the status conference may result in an order imposing an appropriate sanction.  See Local Rules 110 and 183.

DATED:  August 8, 2019

                           /s/ DEBORAH BARNES
                           UNITED STATES MAGISTRATE JUDGE