UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson, | No. 2:14-cv-02052-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Mike Patel, | |
| Defendant. | |

Plaintiff filed a complaint on September 5, 2014, alleging violations of the Americans with Disability Act and the Unruh Civil Rights Act. The case was set for a videoconference status conference regarding trial setting on February 5, 2021, and the parties were directed to file a joint status report fourteen days prior. Minute Order, ECF No. 96. Plaintiff attempted to confer with defendant on the joint status report, but defendant did not respond. Joint Status Report at 1, ECF No. 97. The court held the status conference, but defendant did not appear. Minute Order, ECF No. 98.

IT IS THEREFORE ORDERED that defendant show cause **within fourteen days** of the date of this order why the undersigned should not direct plaintiff to move for default judgment without further delay.

DATED: February 9, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1