UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson, | No. 2:14-cv-02052-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Mike Patel, | |
| Defendant. | |

On February 9, 2021, this court issued Order to Show Cause to defendant Mike Patel. Order to Show Cause, ECF No. 99.  Mr. Patel did not comply with this court's order to file a joint status report with plaintiff, Minute Order (Dec. 30, 2020), ECF No. 96, nor did Mr. Patel attend the status conference in this matter on February 5, 2021, Minutes, ECF No. 98.

In response, Mr. Patel filed a motion to stay.  Motion to Stay, ECF No. 100.  Mr. Patel claims his business has fallen on difficult times due to the ongoing COVID-19 pandemic, which has led to him taking on additional jobs.  *Id.* at 1.  Mr. Patel says he cannot attend court "without interruption" given his work schedule, which prevented his attendance at the previous hearing. *Id.*

In light of Mr. Patel's response, although he should have advised the court prior to hearing of his inability to attend the status conference, the court discharges its Order to Show Cause and will resolve the motion to stay shortly.

1    IT IS SO ORDERED.

2 DATED: March 3, 2021.

3

4

_____
CHIEF UNITED STATES DISTRICT JUDGE