UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>            Plaintiff,<br><br>    v.<br><br>Mike Patel,<br><br>            Defendant. | No. 2:14-cv-02052-KJM-DB<br><br>ORDER |

At a status conference last year, the court referred this matter to a settlement conference before a Magistrate Judge rather than scheduling a trial.  *See* Mins., ECF No. 106; Min. Order, ECF No. 107.  Defendant Mike Patel, who is not represented by an attorney, did not participate in a mandatory telephone conference with the Magistrate Judge.  Mins., ECF No. 111.  Nor did he appear at the settlement conference.  *See* Mins., ECF No. 112.  Mr. Patel is **ordered to show cause within 30 days** why the court should not grant default judgment to the plaintiff on all remaining claims.

    IT IS SO ORDERED.

 DATED:  January 19, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1