UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson, | No. 2:14-cv-02052-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Mike Patel, | |
| Defendant. | |

Having reviewed the response at ECF No. 114, the order to show cause (ECF No. 113) is **discharged**.

A mandatory settlement conference is set for April 14, 2022, at 10:00 A.M. before Magistrate Judge Deborah Barnes. The Settlement Conference will proceed via video conferencing (through the Zoom application).  The parties are directed to contact the Courtroom Deputy, Pete Buzo (pbuzo@caed.uscourts.gov), no less than 7 days prior to the settlement conference to obtain the virtual hearing access information.  The parties are further directed to submit Confidential Settlement Conference Statements to chambers seven days prior to the Settlement Conference using the following email address: dborders@caed.uscourts.gov.  Such statements are neither to be filed with the Clerk nor served on opposing counsel; however, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement. Each party is reminded of the requirement that it be represented in person

1

1 | at the settlement conference by a person able to dispose of the case or fully authorized to settle
2 | the matter at the conference on any terms.
3 |     The parties are warned that a failure to attend the settlement conference or comply with
4 | this and other court orders may lead to sanctions, including default judgment to the plaintiff on all
5 | remaining claims.
6 |     IT IS SO ORDERED.
7 | DATED: February 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE